### A. M. EISENBERG CO. v. JANZLIK.

(Supreme Court, Appellate Term. February 23, 1905.)

JUDGMENT—TIME FOR RENDERING—ADJOURNMENT FOR SUBMISSION OF BRIEFS.
    The time to which adjournment is taken for submission for briefs is the time of the submission of the cause, within 14 days of which Municipal Court Act, § 230 (Laws 1902, p. 1557, c. 580), requires judgment to be rendered.

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by the A. M. Eisenberg Company against Emanuel Janzlik. From a judgment for plaintiff after a trial without a jury, defendant appeals. Affirmed.

Argued before SCOTT, GIEGERICH, and McCALL, JJ.

Pollock & Abrahams, for appellant.

Arthur J. Stein, for respondent.

PER CURIAM. After reading the record, we are satisfied that the decision below was right. The point made by the appellant that the judgment was not rendered within the statutory time (Municipal Court Act, § 230, Laws 1902, p. 1557, c. 580) is without

merit, as the return shows that the cause was adjourned until November 25th for the submission of briefs, and that judgment was rendered on December 5, 1904, within 11 days, and not 18 days, after submission, as claimed by the appellant.

Judgment affirmed, with costs.